ACCEPTED
04-15-00223-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 12:06:26 AM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00223-CR

| | | |
|---|---|---|
| CARLOS FAZ,<br>　　Appellant | § <br> § <br> § <br> § <br> § <br> § | IN THE COURT OF APPEALS <br> IN SAN ANTONIO, TEXAS <br> 4th JUDICIAL DISTRICT |
| VS. | | |
| THE STATE OF TEXAS,<br>　　Appellee | | |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/03/2015 12:06:26 AM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, CARLOS FAZ, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

Appellant's brief is due to be filed on November 2, 2015. Counsel for Appellant requires an extension of time to complete and file Appellant's brief in this cause. This is Appellant's fourth request for extension of time, but second extension of time since the appellate record was filed in its entirety.

II.

Counsel for Appellant has worked diligently on the brief since receiving the record, but has been unable to complete it for the following reasons:

1. Counsel for Appellant appeared for numerous, previously set, pretrial and trial settings in the county and district criminal courts of Bexar

County, Texas.

2.     Counsel for Appellant was also involved in assisting with the research and preparation of several appellate and post-conviction matters pending in Harris County, Texas.

III.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to finish Appellant's brief.  Appellant moves this Court for an order granting an extension of seven (7) days, or until November 9, 2015, for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of seven (7) days for Appellant to submit the brief in this case.

Respectfully submitted,

*/s/ Daniel De La Garza*
DANIEL DE LA GARZA
TBA No. 24077965
1800 McCullough
San Antonio, Texas 78212
Telephone:  (210) 263-1146
Facsimile:  (210) 855-6274
Email: Daniel.DeLaGarza@me.com

COUNSEL FOR APPELLANT,
CARLOS FAZ

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 504 words.

/s/ Daniel De La Garza
Daniel De La Garza

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered to the Bexar County District Attorney's Office via email to: Jeanette.Canales@bexar.org on this the 2nd day of November, 2015.

/s/ Daniel De La Garza
Daniel De La Garza

CAUSE NO. 04-15-00223-CR

| CARLOS FAZ, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
| Appellee | | |

## **ORDER**

On this the _____ day of _____, 2015, came on to be heard the Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is of the opinion that this Motion should be:

GRANTED, the deadline for filing the Appellant's brief in Cause No. 04-15-00223-CR is extended to, _____, 2015.

DENIED

SIGNED this the _____ day of _____, 2015.

_____
JUDGE PRESIDING